DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
James.Keller3@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3:18-cr-00053-MMD-WGC

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | **INDICTMENT FOR VIOLATION OF:** |
| v. | 18 U.S.C. §§ 922(j) and 924(a)(2) – Possession of a Stolen Firearm (Count 1) |
| Jose Valentin MORA, a/k/a Cholo, a/k/a Magic, and Alberto "Beto" ACOSTA-Macias, | 18 U.S.C. § 2 – Aiding and Abetting (Count 1) |
| Defendants. | |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Stolen Firearm –
18 U.S.C. §§ 922(j) and 924(a)(2); 18 U.S.C. § 2)

Beginning at a time unknown to the Grand Jury, but not later than June 14, 2018, in the State and District of Nevada,

Jose Valentin MORA, a/k/a Cholo, a/k/a Magic,
and
Alberto "Beto" ACOSTA-Macias,

defendants herein, did possess, receive, and store a firearm, that is, a Marlin rifle, model XT-22, .22 caliber, bearing serial number MM55773D, which had been shipped and transported in interstate and foreign commerce, and did aid and abet in the possession, receipt, and storage of

1

said firearm, knowing and having reasonable cause to believe said firearm was stolen, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2); and 18 U.S.C. § 2.

### FORFEITURE ALLEGATION

Upon conviction of the firearms offense alleged in Count One of this Indictment, which is alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c),

Jose Valentin MORA, a/k/a Cholo, a/k/a Magic,
and
Alberto "Beto" ACOSTA-Macias,

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(j):

    a. a Marlin rifle, model XT-22, .22 caliber, bearing serial number MM55773D; and

    b. any and all ammunition therefor (collectively, the "property").

All pursuant to Title 18, United States Code, Sections 922(j); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

DATED this 27th day of June 2018.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

_____
JAMES E. KELLER
Assistant United States Attorney

2